MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
HUMANGEAR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMANGEAR, INC., a California corporation, | Civil Action No. 3:12-cv-06450-JSC |
| Plaintiff, | Hon. Jacqueline Scott Corley |
| vs. | **JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |
| STANCE BEAUTY LABS, L.L.C.; a Connecticut corporation; BIG LOTS STORES, INC., an Ohio corporation, | |
| Defendants. | |

-1-

Plaintiff Humangear, Inc. ("Humangear") and Defendants Stance Beauty Labs, L.L.C. ("Stance") and Big Lots Stores, Inc. ("Big Lots") (collectively, "Defendants"), by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal with prejudice of all claims alleged in the Complaint by Humangear so that this entire action is dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" effective February 22, 2013.

Dated: March 19, 2013                DERGOSITS & NOAH LLP


By: /s/ Igor Shoiket

Michael E. Dergosits
Igor Shoiket

Attorneys for Plaintiff
HUMANGEAR, INC.


Dated: March 19, 2013                BRYAN CAVE LLP

By: /s/ Berrie Goldman

Berrie R. Goldman

Attorneys for Defendants
STANCE BEAUTY LABS, L.L.C and
BIG LOTS STORES, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: March ___, 2013                _____
                                      Hon. Jacqueline Scott Corley
                                      United States Magistrate Judge

JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

1   I attest that concurrence in the electronic filing of this document has been obtained from
2   Defendants' counsel.
3
4
5   Dated: March 19, 2013                                    /s/ *Igor Shoiket*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: March 19, 2013                                             /s/ *Igor Shoiket*